IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HEATHER ANDREWS,** an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 16-CV-143-RAW ) |
| **ENERGY DEVICES, INC.,** a foreign corporation; **ENERGY DEVICES OF TEXAS, INC.,** a foreign corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

COME NOW the Plaintiff, Heather Andrews, by and through her attorney of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendants by and through their attorney of record, Lyle R. Nelson of *Elias, Books, Brown & Nelson, P.C.*, and hereby give notice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that this matter is dismissed with prejudice to the re-filing of same.  Through this dismissal, each party is to bear their / its own costs and attorney's fees.

Respectfully Submitted,

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
*Attorney for Plaintiff*

*/s/   Lyle R. Nelson*
Lyle R. Nelson, OBA #10914
Elisabeth D. Brown, OBA #30503
Elias, Brooks, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 North Robinson Ave.
Oklahoma City, OK 73102
(405) 232-3722
(405) 232-3746 Facsimile
lyle@lylenelsonlaw.com
ebrown@eliasbooks.com
***Attorneys for Defendant***